UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAMES ANTHONY FIGUEROA,　　　　　　　　　Case No.: 1:22-cv-09449-PAE

　　　　　　　　　　　　　　Plaintiff,　　　**ORDER**

　　-against-

RUBEN SORIANO and J.B. HUNT
TRANSPORTATION, INC.,

　　　　　　　　　　　　　　Defendants.
------------------------------------------------------------------X

　　On December 19, 2022, the parties to the above referenced action filed a Stipulation to Remand Removed Action, as the amount in controversy does not exceed $75,000 exclusive of interest and costs. The Court, having reviewed that stipulation and good cause appearing, orders as follows:

1.　The parties' stipulation is approved; and,

2.　U.S. District Court of the Southern District of New York, Case No.: 1:22-cv-09449-PAE styled as JAMES ANTHONY FIGUEROA v. RUBEN SORIANO and J.B. HUNT TRANSPORTATION, INC. is hereby remanded to the Supreme Court of the State of New York, Orange County.

**IT IS SO-ORDERED:**

Dated: 12/19/2022

　　　　　　　　　　　　　　　　　　　　　　*Paul A. Engelmayer*
　　　　　　　　　　　　　　　　　　　　　　Hon. Paul A. Engelmayer
　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　Southern District of New York
　　　　　　　　　　　　　　　　　　　　　　Thurgood Marshall United States Courthouse
　　　　　　　　　　　　　　　　　　　　　　40 Foley Square, Room 2201
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10007

16609339-1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JAMES ANTHONY FIGUEROA,

                         Plaintiff,

-against-

RUBEN SORIANO and J.B. HUNT
TRANSPORTATION, INC.,

                         Defendants.

------------------------------------------------------------X

Case No.: 1:22-cv-09449-PAE

**STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON**

JAMES ANTHONY FIGUEROA ("Plaintiff") and RUBEN SORIANO and J.B. HUNT TRANSPORTATION, INC. ("Defendants") stipulate as follows:

1. On March 7, 2022, Plaintiff commenced an action in the Supreme Court of the State of New York in and for the County of Orange, entitled JAMES ANTHONY FIGUEROA, Plaintiff, vs. RUBEN SORIANO and J.B. HUNT TRANSPORTATION, INC., Defendants, under Index No.: EF001267-2022.

2. Defendants acknowledged service of the Complaint on or about March 25, 2022.

3. On November 4, 2022, Defendants filed a notice of removal of the action pursuant to U.S.C. §1441(b) with the United States District Court of the Southern District of New York.

4. On December 16, 2022, Plaintiff's counsel requested that the Defendants enter into stipulation to remand this matter back down to state court after finding that the

1

16609339-1

matter in controversy does not exceed the sum or value of $75,000, exclusive of interest and costs.

5. Upon further discussion, the parties have agreed that the action should be remanded to the Supreme Court of the State of New York, Orange County.

6. To that end, the parties hereby respectfully stipulate that the action be remanded to the Supreme Court of the State of New York, Orange County.

Dated:     New York, New York
           December 19, 2022

**RAWLE & HENDERSON LLP**

By: _____
Anthony D. Luis, Esq.
*Attorneys for Defendants*
**RUBEN SORIANO and
J.B. HUNT TRANSPORT, INC. s/h/a J.B.
HUNT TRANSPORTATION, INC**
14 Wall Street – 27th Floor
New York, New York 10005-2101
Telephone No.: 1 (212) 323-7070
Fax No.: 1 (212) 323-7099
Our File No.: 805762

Dated:     December 19, 2022

**SOBO & SOBO, LLP**

By: _____
Rose M. Harper, Esq.
*Attorneys for Plaintiff*
**JAMES ANTHONY FIGUEROA**
One Dolson Avenue
Middletown, New York 10940
Telephone No.: 1 (845) 343-7626

2

16609339-1